AO 442 (Rev. 5/93) Warrant for Arrest   AUSA Sheldon Light (313) 226-9100                    SA J. L. Edwards (313) 965-2323

# United States District Court

| EASTERN | DISTRICT OF | MICHIGAN - SD |
|---|---|---|

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| v. | CASE NUMBER: |
| YU QIN, a/k/a YU CHIN | 06-30281 |

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest   __YU QIN__
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment    Information    √Complaint    Order of Court    Violation Notice
                      Probation Violation Petition

charging him or her with (brief description of offense)

Obstruction of justice and

Destruction, mutilation, and concealment of records in a federal investigation

in violation of Title __18__ United States Code, Section(s) __1503, 1519 and 2__

| Honorable Steven Pepe | U.S. MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | Detroit, Michigan |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____     by    _____
                                                  Name of Judicial Officer

| RETURN ||
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant ||
| DATE RECEIVED 5/25/2006 <br> DATE OF ARREST 5/26/06 | NAME AND TITLE OF ARRESTING OFFICER <br> Special Agent Jeffrey L. Edwards | SIGNATURE OF ARRESTING OFFICER <br> *Jeff Edwards* |

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____